

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-20940-CIV-MORENO

MARVIN DOUGLAS MARTIN,

    Petitioner,

vs.

STATE OF FLORIDA,

    Respondent.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 4)** on **April 14, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues the Magistrate Judge's Report and Recommendation presents, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 4)** on **April 14, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    this petition is DISMISSED as it is the third successive petition and Petitioner has failed to take the proper actions to appeal the prior two petitions on the merits; and

(2)     all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of April, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record